UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY LYNN HARRIS,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>          Defendant. | No. 1:19-cv-01084-GSA<br><br>**ORDER DIRECTING PLAINTIFF<br>TO FILE RESPONSIVE BRIEF** |

   On April 13, 2020, Plaintiff Joy Lunn Harris filed an opening brief in support of her appeal of Defendant's denial of her application for social security disability Doc. 15.  Pursuant to paragraph 7 of the scheduling order in this case (Doc. 5-1), Defendant was to have served his responsive brief within thirty (30) days thereafter.  Although more than thirty days have passed since Plaintiff filed the opening brief, Defendant has not filed a response.

   Accordingly, it is hereby ORDERED that no later than ten days from the date of this order, Defendant that file his responsive brief with the Court and serve that brief on Plaintiff.

IT IS SO ORDERED.

   Dated:   **May 27, 2020**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

.

1